UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lucretia Redus

        Plaintiff(s),

Case No. 2:24-cv-10773-LJM-KGA

v.

Judge

SGWL Properties, LLC and Sergio Giannoni

Magistrate Judge

        Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __SGWL Properties, LLC__
[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ❏    No ☒

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name: _____
    Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ❏    No ☒

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name: _____
    Nature of Financial Interest: _____

Date: 03/26/2024

/s/ Edward W. Hearn
Signature
P85022
Bar No.
11041 Broadway
Street Address
Crown Point, IN 46307
City, State, Zip Code
(219) 791-1900
Telephone Number
hearne@jbltd.com
Primary Email Address