UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lucretia Redus,

              Plaintiff(s),

v.                                                        Case No. 2:24−cv−10773−LJM−KGA
                                                           Hon. Laurie J. Michelson

SGWL Properties, LLC, et al.,

              Defendant(s),

## NOTICE OF REMAND

TO:  WAYNE COUNTY CIRCUIT COURT

    Enclosed are certified copies of the Order of Remand and this Court's docket sheet.

    Please acknowledge receipt of these documents by returning a time−stamped copy of this Notice to:

> Clerk's Office
> U.S. District Court for the Eastern District of Michigan
> 231 W. Lafayette Boulevard, 5th Floor
> Detroit, Michigan 48226
> (313) 234−5005

## Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                    KINIKIA D. ESSIX, CLERK OF COURT

                                                    By: s/D. Allen
                                                            Deputy Clerk

Dated:  April 26, 2024